IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 215 MISC

Daniel James Larkosh - #154470

/

**ORDER TO SHOW CAUSE**

It appearing that Daniel James Larkosh has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated: _____

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Daniel James Larkosh
20 Meshacket Road, PMB #193
P.O. Box 9000
Edgartown, MA 02539-9000