

FILED

NOV 09 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Daniel James Larkosh,

    State Bar No 154470

No CV-09-80215 MISC VRW

ORDER

    On September 1, 2009, the court issued an order to show cause (OSC) why Daniel James Larkosh should not be removed from the roll of attorneys authorized to practice law before this court based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.  The OSC was mailed to Mr. Larkosh's address of record with the State Bar on September 1, 2009.  Mr. Larkosh filed a response on September 29, 2009, advising the court that he is now in compliance with MCLE requirements.

    The California State Bar web site indicates that Mr. Larkosh is on active status as of September 29, 2009, and may practice law in California.

    The OSC is therefore discharged.  The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Daniel James Larkosh,

_____/

Case Number: C09-80215   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel J Larkosh
20 Meshacket Road   PMB 193
Po Box 9000
Edgartown, MA 02539-9000

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*